UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

JAN ENGOREN,

    Plaintiff,

vs.

SUN-SENTINEL COMPANY, LLC
d/b/a SUN SENTINEL MEDIA GROUP,

    Defendant.
_____/

## **COMPLAINT**

Plaintiff, by and through her undersigned counsel, sues the Defendant, SUN-SENTINEL COMPANY, LLC d/b/a SUN SENTINEL MEDIA GROUP, (hereinafter, "Company"), and alleges as follows:

1. Plaintiff, a former employee of Defendant, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendant, sui juris and otherwise within the jurisdiction of this Court.

5. At all times material hereto, Defendant was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise 'employer' under the FLSA.

6. At all times material hereto, Defendant was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

7. The Plaintiff was hired as a non-exempt employee by the Defendant as a reporter and was employed from July of 2012 through July of 2017.

8. During her employment, the Defendant had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, but willfully refused to properly compensate Plaintiff for such work in violation of the FLSA.

9. Plaintiff was paid $9.00 per hour, which would provide an overtime rate $13.50 per hour.

10. Plaintiff worked conservatively 60 hours per week for the Defendant, but was only permitted to enter 40 hours into the schedule, as instructed by her supervisor, Carrie.

11. Plaintiff would repeatedly email the Defendant in regard to the fact that she was working significant overtime, yet the Defendant did not take any action to ensure Plaintiff was properly paid.

12. Plaintiff continued to incur overtime hours during the course of her employment up until her employment ended on July 21, 2017.

13. Taking Plaintiff's overtime rate ($13.50) by 20 hours per week of overtime totals $270.00 per week owed.

14. For each year worked, Plaintiff would be owed approximately $14,040.00.

## COUNT I
## FLSA

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 14 above.

15. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

16. By reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: November 17, 2017.    Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701
DAVID COZAD, ESQ.
F.B.N.: 333920